# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

CECILIA VILLA DE JIMENEZ,

    Petitioner,

v.                                      CASE NO. 4:05cv41-RH/WCS

M. RIVERA, WARDEN,

    Respondent.

_____/

## ORDER DISMISSING PETITION

This matter is before the court on the Magistrate Judge's Report and Recommendation (document 3), and the objections thereto (document 4). I have reviewed *de novo* the issues raised by the objections.

The Report and Recommendation is correct and will be adopted as the opinion of the court, with this additional note. Petitioner has filed in this district a petition under 28 U.S.C. §2241 challenging her conviction and sentence as imposed in the United States District Court for the Middle District of Florida. She previously challenged her conviction and sentence by motion under 28 U.S.C. §2255 in the Middle District. The §2241 petition that now has been filed in this district is based on the principles adopted in *Apprendi v. New Jersey*, 530 U.S. 466

(2000), *Blakely v. Washington*, 124 S. Ct. 2531 (2004)*,* and *United States v. Booker*, 125 S. Ct. 738 (2005). Even if there were a reasonable prospect that the Supreme Court might ultimately hold the *Apprendi* principle retroactively applicable on collateral review, and even if petitioner could then properly bring a timely, successive motion for post-conviction relief on that basis, her remedy would be under 28 U.S.C. §2255 in the Middle District of Florida, not under §2241 in this district.

Accordingly,

IT IS ORDERED:

The Report and Recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "The petition for writ of habeas corpus is DISMISSED." The clerk shall close the file.

SO ORDERED this 8th day of May, 2005.

s/Robert L. Hinkle<br>
Chief United States District Judge

*Case No: 4:05cv41-RH/WCS*